PER CURIAM.
AFFIRMED. Benefield v. State, 160 So. 2d 706 (Fla.1964); State v. Maya, 529 So.2d 1282 (Fla. 3d DCA 1988); State v. Duda, 437 So.2d 794 (Fla. 2d DCA 1983); Mathes v. State, 375 So.2d 1084 (Fla. 1st DCA 1979); Rakas v. Illinois, 439 U.S. 128, 99 S.Ct. 421, 58 L.Ed.2d 387 (1978); Franks v. Delaware, 438 U.S. 154, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978); Coolidge v. New Hampshire, 403 U.S. 443, 91 S.Ct. 2022, 29 L.Ed.2d 564 (1971); United States v. Garcia, 741 F.2d 363 (11th Cir.1984).